Clifford R. Horner, Esq., State Bar No. 154353
Brendan J. Dooley, Esq., State Bar No. 162880
Paymon Hifai, Esq., State Bar No. 306133
**HORNER LAW GROUP, P.C.**
800 S. Broadway, Suite 200
Walnut Creek, California 94596
Telephone: (925) 943-6570
Facsimile: (925) 943-6888

Attorneys for Plaintiff,
Reciprocating Intelligence Corp., a California C Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECIPROCATING INTELLIGENCE CORP., a California C Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MA INDUSTRIES, INC., a North Carolina Corporation; DANSK MASKINPRODUCTION APS, a business entity of unknown form; ATATEC PROJECT MANAGEMENT, a business entity of unknown form; MEL ARBIT, an individual, HANS KAAE, an individual, THOMAS SORENSEN, an individual, NIELS SORENSEN, an individual, EXLINE, INC., a Kansas Corporation, and DOES 1 – 100,<br><br>Defendants. | No. 3:18-cv-05766-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S COMPLAINT** |

RECIPROCATING INTELLIGENCE CORP., a California C Corporation, ("Rintel" or "Plaintiff"), acting by and through its counsel of record and Defendants MA INDUSTRIES, INC., ("MAI") and MEL ARBIT ("Arbit") ( Arbit and MAI are collectively referred to herein as "Defendants") acting by and through their counsel of record (Plaintiff and Defendants are collectively referred to herein as the "Parties") hereby enter into this Stipulation Regarding Plaintiff's Complaint ("Stipulation"), as follows:

## RECITALS

1. Rintel filed its Complaint commencing the above-captioned litigation on August 9, 2018.

2. The Parties agree to strike certain portions of the Complaint and damages sought therein as to MAI and Arbit and stipulate as follows.

## AGREEMENT

The Parties hereby stipulate and agree as follows:

3. The Parties acknowledge the above recitals are accurate and true.

4. The Parties agree that the Fourth Cause of Action for Breach of Fiduciary Duty and Twelfth Cause Action for Civil Conspiracy are to be struck only as to Mel Arbit as an individual;

5. The Parties agree that Plaintiff will not seek from Arbit and MAI attorneys' fees sought in Plaintiff's Fourth (Breach of Fiduciary Duty), Fifth (Tortious Interference with Prospective Economic Advantage), Eighth (Fraud), Ninth (Intentional Misrepresentation), Tenth (Negligent Misrepresentation), Eleventh (Interference with Economic Advantage), Twelfth (Civil Conspiracy), and Thirteenth (Aiding and Abetting) causes of action;

6. The Parties Agree that Plaintiff will not seek from Arbit and MAI punitive damages sought in Plaintiff's Tenth (Negligent Misrepresentation) Cause of Action; and

7. Defendants MAI and Arbit are to file and serve an Answer to the Complaint within 21 days of Plaintiff's filing of this instant Stipulation.

///

///

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S COMPLAINT

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596

**AGREED AND STIPULATED TO:**

Dated: November 29, 2018      DONAHUE FITZGERALD LLP


By: /S/ Eric A. Handler
Eric A. Handler, Esq.,
Attorneys for Defendants
MEL ARBIT and MA INDUSTRIES, INC.


Date: November 29, 2018      HORNER LAW GROUP, PC


By: _____
Clifford R. Horner, Esq.,
Brendan J. Dooley, Esq.,
Paymon Hifai, Esq.,
Attorneys for Plaintiff
RECIPROCATING INTELLIGENCE CORP

### ORDER

Having considered the Stipulation and for good cause showing:

**IT IS SO ORDERED** that the foregoing Stipulation is incorporated herein and made an order of this Court.

Dated: 12/11/18      _____
Judge of the Federal District Court of California