**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): | FOR RECORDER'S USE ONLY |
|---|---|
| After recording, return to:<br>Alexei Kuchinsky, Esq    SBN: 279405<br>Klein Law Group<br>Four Embarcadero Center, Suite 3950<br>San Francisco, CA 94111<br>TEL NO.: 415-693-9107    FAX NO. (optional): 415-693-9222<br>E-MAIL ADDRESS (Optional): alexei@sfbizlaw.com<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: 1225 Fallon St.
CITY AND ZIP CODE: Oakland, 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

PLAINTIFF: SIMEON DACUMOS
DEFENDANT: RECIPROCATING INTELLIGENCE, INC

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: RG14747515

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ┌─────────────────────────────────┐
      │ Reciprocating Intelligence, Inc.│
      │ 299 3rd Street, Ste 100         │
      │ Oakland, CA 94607               │
      └─────────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):

   Date: 12/11/2015
   Alexei Kuchinsky
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 71,067.22
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 10/02/2015
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An  [ ] execution lien  [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date):
DEC 1 4 2015

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: SIMEON DACUMONS | COURT CASE NO.: |
|---|---|
| DEFENDANT: RECIPROCATING INTELLIGENCE, INC. | RG14747515 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

    Jimmie L. Jones, Jr.
    299 3rd Street, Ste 100
    Oakland, CA 94607

    Driver's license no. [last 4 digits] and state:   [X] Unknown
    Social security no. [last 4 digits]:   [X] Unknown

    Summons was personally served at or mailed to *(address):*

17. Name and last known address

    Driver's license no. [last 4 digits] and state:   ☐ Unknown
    Social security no. [last 4 digits]:   ☐ Unknown

    Summons was personally served at or mailed to *(address):*

18. Name and last known address

    Driver's license no. [last 4 digits] and state:   ☐ Unknown
    Social security no. [last 4 digits]:   ☐ Unknown

    Summons was personally served at or mailed to *(address):*

19. Name and last known address

    Driver's license no. [last 4 digits] and state:   ☐ Unknown
    Social security no. [last 4 digits]:   ☐ Unknown

    Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]   **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

Klein Law Group
Attn: Kuchinsky, Alexei
Four Embarcadero Center
Suite 3900
San Francisco, CA   94111

## Superior Court of California, County of Alameda
## Hayward Hall of Justice

| | |
|---|---|
| **Dacumos** | No. **RG14747515** |
| Plaintiff/Petitioner(s) | |
| VS. | **Judgment Default** |
| **Reciprocating Intelligence, Inc.** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

The Defendant\(s\) named having been served a copy of summons and complaint, having failed to appear and answer plaintiff's complaint within the time allowed by law, and the default of said defendant\(s\) having been entered upon application of plaintiff for judgment, and request that all DOE defendants be dismissed,

Judgment is hereby entered that Plaintiff\(s\):

   Simeon Dacumos

 recover from Defendant\(s\):

   Reciprocating Intelligence, Inc.
   Jimmie L. Jones Jr.

$58,228.50 principal, $7,661.42 attorney fees, $4,563.00 interest, $614.30 costs.

Total Judgment $71,067.22.
Other Terms and Conditions :

   This judgment was entered on     10/02/2015

By  _____
                                   Judge Ioana Petrou