Alexei Kuchinsky     State Bar No. 279405
KUCHINSKY LAW OFFICE, P.C.
220 Montgomery St. Suite 2100
San Francisco, CA 94104
Tel.:    (628) 200-0902
Fax.:    (628) 200-0907
Email: ak@kuchinskylawoffice.com

Attorney for Judgment Creditor Simeon Dacumos

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECIPROCATING INTELLIGENCE CORP., a California C corporation,<br><br>Plaintiff,<br><br>v.<br><br>MA INDUSTRIES, INC., a North Carolina corporation; DANSK MASKINPRODUCTION APS, a business entity of unknown form; ATATEC PROJECT MANAGEMENT, a business entity of unknown form; MEL ARBIT, an individual, HANS KAAE, an individual, THOMAS SORENSEN, an individual, NIELS SORENSEN, an individual, EXLINE, INC.; and DOES 1 through 1000, inclusive,<br><br>Defendants | Case No. 3:18-cv-5766-AGT (Consolidated for all purposes with case no. 3:18-cv-07003-AGT) - Hon. Alex G. Tse<br><br>**JUDGMENT CREDITOR'S OBJECTION TO PLAINTIFF RECIPROCATING INTELLIGENCE CORP.'S REQUEST FOR ORDER OF DISMISSAL** |

Judgment Creditor Simeon Dacumos objects to Plaintiff Reciprocating Intelligence Corp.'s Request for Order of Dismissal with Prejudice as to Defendants Exline Inc. ("Doc. No. 87). Pursuant to California Code of Civil Procedure section 708.440(a), the Court may not dismiss Defendants Exline Inc. unless Plaintiff Reciprocating Intelligence Corp. obtains the written consent of the judgment creditor Simeon Dacumos or authorization by order of this Court (Cal. Civ. Proc. §708.440(b)).

**I.    RELEVANT BACKGROUND**

Pursuant to California Code of Civil Procedure section 708.410(a), on February 19, 2019,

Judgment Creditor Simeon Dacumos recorded a lien on all causes of actions brought by Plaintiff Reciprocating Intelligence Corp. against all defendants. (Doc. No.: 26). On June 28, 2021, Judgment Creditor Simeon Dacumos filed another lien to reflect the increased amount of the lien. (Doc. No.: 84).

On November 4, 2021, Plaintiff Reciprocating Intelligence Corp. filed a Request for Order of Dismissal with Prejudice as to Defendants Exline Inc. ("Doc. No. 87).

**II.     JUDGMENT CREDITOR'S OBJECTION TO PLAINTIFF RECIPROCATING INTELLIGENCE CORP.'S REQUEST FOR ORDER OF DISMISSAL**

California Code of Civil Procedure section 708.440(a) reads in pertinent part as follows:

> … unless the judgment creditor's money judgment is first satisfied or the lien is released, the judgment recovered in the action or special proceeding in favor of the judgment debtor may not be enforced by a writ or otherwise, **and no compromise, dismissal, settlement, or satisfaction of the pending action or special proceeding or the judgment procured therein may be entered into by or on behalf of the judgment debtor, without the written consent of the judgment creditor or authorization by order of the court obtained under subdivision (b).**

(Cal. Civ. Proc.  §708.440(a), emphasis added).

California Code of Civil Procedure section 708.440(b) reads:

> (b)  Upon application by the judgment debtor, the court in which the action or special proceeding is pending or the judgment procured therein is entered may, in its discretion, after a hearing, make an order described in subdivision (a) that may include such terms and conditions as the court deems necessary. The application for an order under this subdivision shall be made on noticed motion. The notice of motion shall be served on the judgment creditor. Service shall be made personally or by mail.

(Cal. Civ. Proc.  §708.440(b)).

Therefore, the Court may not dismiss Defendants Exline Inc. unless Plaintiff Reciprocating Intelligence Corp. obtains the written consent of the judgment creditor Simeon Dacumos or authorization by order of this Court.

Judgment Creditor Simeon Dacumos respectfully requests that the Court deny Plaintiff Reciprocating Intelligence Corp.'s Request for Dismissal of Defendants Exline Inc. and direct

Plaintiff Reciprocating Intelligence Corp. to file a noticed motion pursuant to California Code of Civil Procedure section 708.440(b), disclosing any monetary compensation received from Defendants Exline, Inc.

Respectfully Submitted,

Dated: November 4, 2021            KUCHINSKY LAW OFFICE, P.C.

_____
Alexei Kuchinsky, Attorney for Judgment Creditor Simeon Dacumos