UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECIPROCATING INTELLIGENCE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MA INDUSTRIES, INC., et al.,<br><br>Defendants. | Case No. 18-cv-05766-AGT<br><br>**ORDER DEFERRING RULING ON JUDGMENT CREDITOR'S OBJECTION TO DISMISSAL AND EXTENDING DISMISSAL-WITH-PREJUDICE DATE** |

On March 16, 2022, judgment creditor Simeon Dacumos filed an objection to the anticipated dismissal with prejudice of plaintiff Reciprocating Intelligence's ("Rintel") claims against the remaining defendants, MA Industries and Mel Arbit. Dkt. 105. In light of that objection, the Court extended the March 21, 2022 dismissal-with-prejudice date to April 15, 2022, and ordered Rintel to file a response to Dacumos's objection by March 23, 2022. Dkt. 106. The Court also permitted Dacumos to respond to Rintel's submission by March 30, 2022. *Id.*

Having reviewed Rintel's Court-ordered response and the accompanying declaration of its counsel, *see* Dkts. 107 & 107-1, and having received no further response from Dacumos, the Court is satisfied that the proposed settlement between Rintel and the remaining defendants involves no monetary remuneration and is thus not affected by Dacumos's June 28, 2021 judgment lien. Nevertheless, because the written terms of the proposed non-monetary settlement "have not yet been agreed to, and are still being reviewed by the parties," Dkt. 107 at 2, the Court will defer ruling on Dacumos's objection until after the proposed settlement is finalized and Rintel confirms that the executed agreement involves exclusively non-monetary compensation as currently contemplated.

The Court will also extend the dismissal-with-prejudice date (currently April 15, 2022) to

May 27, 2022, to allow the parties time to finalize the proposed settlement. Upon finalizing the settlement, Rintel must promptly notify the Court and confirm in writing that the executed agreement involves no monetary consideration. If the settlement has not been finalized by May 23, 2022, Rintel must file a written update by May 24, 2022, advising the Court as to settlement status.

**IT IS SO ORDERED.**

Dated: April 13, 2022

ALEX G. TSE
United States Magistrate Judge